UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY DERUBEIS and
MACLYN BURNS,

    Plaintiffs,

vs.

WITTEN TECHNOLOGIES, INC.,

    Defendants.

CIVIL ACTION NO. 04 11137 RWZ

**APPEARANCE**

NOW COMES Skoler, Abbott & Presser, P.C., by Jay M. Presser, Esq., and herewith notices its appearance as counsel for Defendant Witten Technologies, Inc. in the above action.

On Behalf of Defendant Witten Technologies, Inc.
Dated this 1st day of June, 2004

_____
Jay M. Presser, Esq.
BBO #405760
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax (413) 787-1941

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Appearance* was served upon the attorney of record for each other party by mailing a copy thereof via first-class, U.S. mail, postage pre-paid, on June 1, 2004.

_____
Jay M. Presser, Esq.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA 01144
(413) 737-4753