UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS )<br>AND )<br>MACLYN BURNS )<br>)<br>      Plaintiffs )<br>)<br>v. )<br>)<br>WITTEN TECHNOLOGIES, INC. )<br>)<br>      Defendant )<br>_____) | CIVIL ACTION NO. 04-11137-RWZ |

**MOTION FOR ADMISSION OF ATTORNEY GREGG GERLACH**
**PRO HAC VICE**

NOW COMES Jay M. Presser, Esq., and moves for the admission of Attorney Gregg Gerlach, pro hac vice in this matter, pursuant to Local Rule 83.5.3(b).

In support of its Motion, the undersigned submits the affidavit of Attorney Gerlach, which is attached hereto as Exhibit A. The firm of Skoler, Abbott & Presser, P.C. will remain as local counsel in this matter.

DATED at Springfield, Massachusetts, this 8th day of June 2004.

Respectfully Submitted,

_/s/ Jay M. Presser_
Jay M. Presser, Esq.
BBO #405760
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS<br>AND<br>MACLYN BURNS<br><br>    Plaintiffs<br><br>v.<br><br>WITTEN TECHNOLOGIES, INC.<br><br>    Defendant | CIVIL ACTION NO.: 04 11137 RWZ |

## COUNSEL'S CERTIFICATE OF GOOD STANDING

I, Gregg Gerlach, am an attorney admitted to the Bars of the states of Florida and Texas, and, pursuant to Local Rule 83.5.3, certify that I am in good standing in each bar with which I am a member. I am also admitted to practice before, and am in good standing with, the United States District Courts for the Middle, Northern and Southern Districts of Florida and the Southern, Western and Northern Districts of Texas, as well as the United States Courts of Appeal for the 11th and 5th Circuits. I further certify that there are no disciplinary proceedings pending against me in any bar with which I am a member. I further certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated this 3rd day of June, 2004

Respectfully submitted,

Gregg Gerlach, Esq.
Florida Bar No: 0338140
HARPER GERLACH, PL
4110 Southpoint Boulevard, Suite 228
Jacksonville, FL 32216
Telephone: (904) 296-7000
Facsimile: (904) 296-7303