*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

| | |
|---|---|
| ANTHONY DERUBEIS and MACLYN BURNS,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>WITTEN TECHNOLOGIES, INC.,<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 04-11137 RWZ<br><br>**APPEARANCE** |

　　　　NOW COMES Skoler, Abbott & Presser, P.C., by Amy B. Royal, Esq., and herewith notices its appearance as counsel for Defendant Witten Technologies, Inc. in the above action.

　　　　　　　　　　　　　　　　　　On Behalf of Defendant Witten
　　　　　　　　　　　　　　　　　　Technologies, Inc.
　　　　　　　　　　　　　　　　　　Dated this 11th day of June, 2004


　　　　　　　　　　　　　　　　　　　/s/ Amy B. Royal, Esq.
　　　　　　　　　　　　　　　　　　Amy B. Royal, Esq.
　　　　　　　　　　　　　　　　　　BBO #647175
　　　　　　　　　　　　　　　　　　Skoler, Abbott & Presser, P.C.
　　　　　　　　　　　　　　　　　　One Monarch Place, Suite 2000
　　　　　　　　　　　　　　　　　　Springfield, Massachusetts 01144
　　　　　　　　　　　　　　　　　　Tel.: (413) 737-4753/Fax (413) 787-1941

<u>CERTIFICATE OF SERVICE</u>

　　　I hereby certify that a true and accurate copy of the foregoing *Appearance* was served upon the attorney of record for each other party by mailing a copy thereof via first-class, U.S. mail, postage pre-paid, and by electronic filing, on June 11, 2004.

　　　　　　　　　　　　　　　　　　　/s/ Amy B. Royal, Esq.
　　　　　　　　　　　　　　　　　　Amy B. Royal, Esq.