UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ANTHONY DERUBEIS** <br> **AND** <br> **MACLYN BURNS** <br><br> Plaintiffs <br><br> v. <br><br> **WITTEN TECHNOLOGIES, INC.** <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04 11137 RWZ <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S PROPOSED PRE-TRIAL SCHEDULE

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Mass. L. Civ. R. 16.1, a conference was held. Counsel for both Plaintiffs and Defendant were present. Despite the parties representatives' best attempts, no agreement regarding the pre-trial schedule was reached during such conferences. As a consequence, Defendant, Witten Technologies, Inc., submits its proposed Pre-Trial Schedule.

1. Automatic disclosure under Fed. R. Civ. P. 26(a) will be served on or before Wednesday, September 21, 2005.

2. The parties anticipate that discovery will be needed on the following subjects:

    a. The factual allegations in the Complaint and Counterclaim.

    b. The parties' claims for damages.

3. All non-expert discovery will be completed by Monday, May 1, 2006.

4. Plaintiffs/Counter-Defendants will identify their experts, if any, and produce expert discovery required by Fed. R. Civ. P. 26 by July 14, 2006.

5. Defendant/Counter-Plaintiff will identify its experts, if any, and produce expert discovery required by Fed. R. Civ. P. 26 by August 14, 2006.

6. All expert discovery will be completed by October 16, 2006.

7. Dispositive motions will be filed by Monday, November 20, 2006, and responded to within the time frame provided by Fed. R. Civ. P. and Local Rules.

8. Rule 16.1 Certifications will be submitted separately.

As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

   /s/ Jay M. Presser, Esq.
Gregg Gerlach, Esq.
Florida Bar No.: 0338140
Harper Gerlach, PL
4110 Southpoint Blvd., Ste. 228
Jacksonville, Florida 32216
Tel.: (904) 296-7000/Fax: (904) 296-7303

Jay Presser, Esq.
BBO No.: 405760
Amy Royal, Esq.
BBO No.: 647175
Skoler Abbott & Presser, P.C.
One Monarch Place, Suite 200
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Counsel for Defendant/Counter-Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Defendant's Proposed Pre-Trial Schedule* was filed electronically and served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, on August 30, 2005.

   /s/ Jay M. Presser, Esq.
Jay M. Presser, Esq.