UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS and<br>MACLYN BURNS,<br><br>                    Plaintiffs,<br><br>vs.<br><br>WITTEN TECHNOLOGIES, INC.,<br><br>                    Defendants. | CIVIL ACTION NO. 04-11137 RWZ<br><br>**APPEARANCE** |

   NOW COMES Skoler, Abbott & Presser, P.C., by Timothy F. Murphy, Esq., and herewith notices its appearance as counsel for Defendant, Witten Technologies, Inc., in the above action.

                                On Behalf of Defendant Witten
                                Technologies, Inc.
                                Dated this 2nd day of September 2005:


                                   /s/ Timothy F. Murphy, Esq            .
                                Timothy F. Murphy, Esq.
                                BBO #556429
                                Counsel for Defendant
                                Skoler, Abbott & Presser, P.C.
                                One Monarch Place, Suite 2000
                                Springfield, Massachusetts  01144
                                Tel.: (413) 737-4753/Fax (413) 787-1941

CERTIFICATE OF SERVICE

   I hereby certify that a true and accurate copy of the foregoing *Appearance* was served upon the attorney of record for each other party by mailing a copy thereof via first-class, U.S. mail, postage pre-paid, and by electronic filing, on September 2, 2005.

                                   /s/ Timothy F. Murphy, Esq.
                                Timothy F. Murphy, Esq.