UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS<br>AND<br>MACLYN BURNS<br><br>   Plaintiffs<br>v.<br><br>WITTEN TECHNOLOGIES, INC.<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-11137-RWZ<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION OF ATTORNEY W. GARY YELDELL PRO HAC VICE

NOW COMES Jay M. Presser, Esq., and moves for the admission of Attorney W. Gary Yeldell, pro hac vice in this matter, pursuant to Local Rule 83.5.3(b).

In support of its Motion, the undersigned submits the affidavit of Attorney Yeldell, which is attached hereto as Exhibit A. The firm of Skoler, Abbott & Presser, P.C. will remain as local counsel in this matter.

DATED at Springfield, Massachusetts, this 30th day of August, 2005.

Respectfully Submitted,

_____
Jay M. Presser, Esq.
BBO #405760
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Motion For Admission Of Attorney W. Gary Yeldell Pro Hac Vice* was filed electronically and served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, on August 30, 2005.

_____
Jay M. Presser, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS<br>AND<br>MACLYN BURNS<br><br>      Plaintiffs<br>v.<br><br>WITTEN TECHNOLOGIES, INC.<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-11137-RWZ<br>)<br>)<br>)<br>)<br>) |

## COUNSEL'S CERTIFICATE OF GOOD STANDING

I, W. Gary Yeldell, am an attorney admitted to the Bar of the state of Florida, and, pursuant to Local Rule 83.5.3, certify that I am in good standing in that which I am a member. I am also admitted to practice before and am in good standing with, the United States District Courts for the Middle and Northern Districts of Florida. I further certify that there are no disciplinary proceedings pending against me in the Florida Bar which I am a member. I further certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

DATED this _____ day of August, 2005.

Respectfully Submitted,

W. Gary Yeldell, Esq.
Florida Bar No: 0357900
HARPER GERLACH, PL
Attorneys at Law
4110 Southpoint Boulevard, Suite 228
Jacksonville, FL 32216
Telephone: (904) 296-7000
Facsimile: (904) 296-7303