UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY DERUBEIS and
MACLYN BURNS,

    Plaintiffs,

v.

WITTEN TECHNOLOGIES, INC.,

    Defendant.

CIVIL ACTION NO. 04-11137-RWZ

## MOTION FOR ADMISSION OF ATTORNEY ERIN L. G. LEWIS PRO HAC VICE

NOW COMES Jay M. Presser, Esq., and moves for the admission of Attorney Erin L. G. Lewis, pro hac vice in this matter, pursuant to Local Rule 83.5.3(b).

In support of this Motion, the undersigned submits the affidavit of Attorney Lewis, which is attached hereto as Exhibit A. The firm of Skoler, Abbott, & Presser, P.C. will remain as local counsel in this matter.

DATED at Springfield, Massachusetts, this 15th day of September, 2005.

Respectfully Submitted,

_____
Jay M. Presser, Esq.
BBO# 405760
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-19..

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing *Motion For Admis    n Of Attorney Erin L. G. Lewis Pro Hac Vice* was filed and served upon the attorney of reco    or each other party by first-class, U.S. mail, postage prepaid, on September 15, 2005.

_____
Jay M. Presser, Esq.

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS and MACLYN BURNS,<br><br>Plaintiffs<br><br>v.<br><br>WITTEN TECHNOLOGIES, INC.,<br><br>Defendant | Civil Action No. 04-11137-RWZ |

### COUNSEL'S CERTIFICATE OF GOOD STANDING

I, Erin L. G. Lewis, am an attorney admitted to the Bar of the State of Georgia, and, pursuant to Local Rule 83.5.3, certify that I am in good standing in that which I am a member. I am also admitted to practice before and am in good standing with, the United States District Courts for the Middle and Northern Districts of Georgia. I further certify that there are no disciplinary proceedings pending against me in the Georgia Bar which I am a member. I further certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

DATED this 15th day of September, 2005.

Respectfully Submitted,

Erin L. G. Lewis, Esq.
Georgia Bar No.: 450320
WITTEN TECHNOLOGIES, INC.
3638 Overlook Avenue
Macon, Georgia 31204
Telephone: 404.808.0812
Facsimile: 478.474.8688