UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS and MACLYN BURNS, <br><br> Plaintiffs, <br><br> v. <br><br> WITTEN TECHNOLOGIES, INC., <br><br> Defendant. | CIVIL ACTION NO. 04-11137-RWZ |

### MOTION FOR ADMISSION OF ATTORNEY H. JEROME STRICKLA[ND] PRO HAC VICE

NOW COMES Jay M. Presser, Esq., and moves for the admission of Attorney H. Jerome Strickland, pro hac vice in this matter, pursuant to Local Rule 83.5.3(b).

In support of this Motion, the undersigned submits the affidavit of Attorney St[rick]land, which is attached hereto as Exhibit A. The firm of Skoler, Abbott, & Presser, P.C. wi[ll re]main as local counsel in this matter.

DATED at Springfield, Massachusetts, this 20th day of September, 2005.

Respectfully Submitted,

_____
Jay M. Presser, Esq.
BBO # 405760
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737.4753  Fax: (413) 787-19[__]

RECEIPT # 67034
AMOUNT $ 50.00
DPTY CLK GK
9-21-05

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing *Motion For Admission Of Attorney H. Jerome Strickland Pro Hac Vice* was filed and served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, on September 20, 2005.

_____
Jay M. Presser, Esq.

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS and MACLYN BURNS,<br><br>Plaintiffs<br><br>v.<br><br>WITTEN TECHNOLOGIES, INC.,<br><br>Defendant | Civil Action No. 04-11137-RWZ |

COUNSEL'S CERTIFICATE OF GOOD STANDING

I, H. Jerome Strickland, am an attorney admitted to the Bar of the State of Georgia, and, pursuant to Local Rule 83.5.3, certify that I am in good standing in that Bar in which I am a member. I am also admitted to practice before and am in good standing with, the United States District Courts for the Middle and Northern Districts of Georgia, the Eleventh Circuit Court of Appeals and the Fifth Circuit Court of Appeals. I further certify that there are no disciplinary proceedings pending against me with the State Bar of Georgia. I further certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

DATED this 19th day of September, 2005.

Respectfully Submitted,

H. Jerome Strickland, Esq.
Georgia Bar No.: 687700
JONES, CORK & MILLER, LLP