UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS <br> AND <br> MACLYN BURNS <br><br>       Plaintiffs <br><br> v. <br><br> WITTEN TECHNOLOGIES, INC. <br><br>       Defendants | CIVIL ACTION NO. 04 11137 RWZ |

### JOINT MOTION TO EXTEND DISCOVERY FOR THIRTY DAYS

NOW COME the above-captioned parties, by and through counsel, and hereby move this Honorable Court to extend the discovery period for thirty days, from February 2006 to March 2006. In support of this Motion, the parties state that neither party shall be prejudiced by this proposed thirty day extension.

| | |
|---|---|
| The Plaintiffs, <br> By their Attorney, | The Defendants, <br> By their Attorney, |
| /s/ Daniel M. Rabinovitz <br> Daniel M. Rabinovitz, Esq., <br> BBO No.: 558419 <br> Menard, Murphy & Walsh LLP <br> 60 State Street, 34th Floor <br> Boston, Massachusetts 02109 | /s/ Erin L.G. Lewis <br> Erin L. G. Lewis, Esq. <br> Georgia State Bar No. 450320 <br> Witten Technologies, Inc. <br> 3638 Overlook Avenue <br> Macon, Georgia 31204 <br><br> Jay Presser, Esq. <br> BBO No.: 405760 <br> Amy Royal, Esq. <br> BBO No.: 647175 <br> Skoler Abbott & Presser, P.C. <br> Suite 400 <br> One Monarch Place <br> Springfield, MA 01144 <br><br> *Local Counsel* |

## CERTIFICATE OF SERVICE

    I, Daniel M. Rabinovitz, hereby certify that on this 3rd day of November, 2005, I caused a copy of this Joint Motion to Extend Discovery for Thirty Days to be served by first-class mail, postage prepaid, addressed to Jay M. Presser Esq. Skoler, Abbott & Presser P.C. One Monarch Place Suite 2000 Springfiled Massachusetts 01144 and filed electronically on November 3, 2005.

                                               /s/ Daniel M. Rabinovitz