UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANTHONY DERUBEIS and<br>MACLYN BURNS | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | |
| WITTEN TECHNOLOGIES, INC. | )<br>) | CIVIL ACTION NO.<br>04-11137-RWZ |
| Defendant. | )<br>)<br>) | |

**CONSENT ORDER GRANTING JOINT MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA AND EXTEND DISCOVERY**

Counsel for both parties having agreed to the entry of this Order, and the Court finding good cause for same, it is hereby:

ORDERED, that this matter is transferred pursuant to 28 U.S.C. § 1404 to the United States District Court for the Northern District of Georgia; and that the discovery period in this matter is extended by an additional sixty (60) days in order to effect such transfer.

SO ORDERED this ___ day of _____ 2006.

_____
Judge Rya W. Zobel
United States District Judge