UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANTHONY DERUBEIS and<br>MACLYN BURNS | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | |
| WITTEN TECHNOLOGIES, INC. | )<br>) | CIVIL ACTION NO.<br>04-11137-RWZ |
| Defendant. | )<br>)<br>) | |

## JOINT MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA AND EXTEND DISCOVERY

Pursuant to 28 U.S.C. § 1404, the parties jointly move this court to transfer this action to the United States District Court for the Northern District of Georgia. As set forth in the attached memorandum of law in support of the parties' joint motion, personal and subject matter jurisdiction are present, the witnesses and evidence are in Georgia, and venue is appropriate and agreed upon in the Northern District of Georgia. Accordingly, for the purposes of judicial economy, to conserve the resources of all parties, and in the interests of justice, the parties jointly request that this court transfer this matter to the United States District Court for the Northern District of Georgia. Further, in order to properly effect such

transfer, the parties further jointly request an extension of the discovery period in this matter for sixty (60) days.

Jointly submitted this 21st day of March, 2006.

| The Plaintiffs,<br>By their Attorney, | The Defendants,<br>By their Attorney, |
|---|---|
| /s/ Daniel M. Rabinovitz<br>Daniel M. Rabinovitz, Esq.,<br>BBO No.: 558419<br>Menard, Murphy & Walsh LLP<br>60 State Street, 34th Floor<br>Boston, Massachusetts 02109<br>617-832-2500 | /s/ Erin G. Lewis<br>Erin G. Lewis, Esq.<br>Georgia State Bar No. 450320<br>Witten Technologies, Inc.<br>3638 Overlook Avenue<br>Macon, Georgia 31204<br>413-737-4753<br><br>/s/ Jay Presser<br>Jay Presser, Esq.<br>BBO No.: 405760<br>Amy Royal, Esq.<br>BBO No.: 647175<br>Skoler Abbott & Presser, P.C.<br>Suite 400<br>One Monarch Place<br>Springfield, MA 01144<br>Local Counsel |