UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS <br> AND <br> MACLYN BURNS <br><br> Plaintiffs <br> v. <br><br> WITTEN TECHNOLOGIES, INC. <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 04-11137-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION OF ATTORNEY PAUL T. KIM PRO HAC VICE

NOW COMES Daniel M. Rabinovitz, Esq., and moves for the admission of Paul T. Kim, pro hac vice in this matter, pursuant to Local Rule 83.5.3(b).

In support of its Motion, the undersigned submits the affidavit of Attorney Paul T. Kim, which is attached hereto as Exhibit A. The firm of Menard, Murphy & Walsh LLP will remain as local counsel in this matter.

DATED at Boston, Massachusetts, this the 21 day of March, 2006

Respectfully Submitted,

_____
Daniel M. Rabinovitz
Menard, Murphy & Walsh LLP
60 State Street
24th Floor
Boston, MA 02109
Ph.: 617.832.2500
Fax: 617.371.1037

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Motion for Admission of Attorney Paul T. Kim Pro Hac Vice* was filed electronically and served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, on March 21, 2006.

                                                         Daniel M. Rabinovitz, Esq.