UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS<br>AND<br>MACLYN BURNS<br><br>      Plaintiffs<br>v.<br><br>WITTEN TECHNOLOGIES, INC.<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-11137-RWZ<br>)<br>)<br>)<br>)<br>) |

## COUNSEL'S CERTIFICATE OF GOOD STANDING

I, Paul T. Kim, am an attorney admitted to the Bar of the states of Georgia and New York, and, pursuant to Local Rule 83.5.3, certify that I am in good standing in that which I am a member. I am also admitted to practice before and am in good standing with, the United States District Courts for the Northern District of Georgia, Southern District of New York, Northern District of New York and Eastern District of New York. I further certify that there are no disciplinary proceedings pending against me in the Georgia or New York Bar which I am a member. I further certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

*[signature on following page]*

DATED this 15th day of March, 2006.

                        Respectfully Submitted,

                        _____
                        Paul T. Kim
                        Georgia Bar No.: 418841
                        LORD, BISSELL & BROOK LLP
                        1170 Peachtree Street, N.E.
                        Suite 1900
                        Atlanta, Georgia 30309
                        Telephone:  404.870.4678
                        Facsimile:   404.806.5678