UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS<br>AND<br>MACLYN BURNS<br><br>　　　　Plaintiffs<br>v.<br><br>WITTEN TECHNOLOGIES, INC.<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 04-11137-RWZ<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION OF ATTORNEY BRANDON J. WITKOW PRO HAC VICE

NOW COMES Daniel M. Rabinovitz, Esq., and moves for the admission of Brandon J. Witkow, pro hac vice in this matter, pursuant to Local Rule 83.5.3(b).

In support of its Motion, the undersigned submits the affidavit of Attorney Brandon J. Witkow, which is attached hereto as Exhibit A. The firm of Menard, Murphy & Walsh LLP will remain as local counsel in this matter.

DATED at Boston, Massachusetts, this the 21 day of March, 2006

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Daniel M. Rabinovitz
　　　　　　　　　　　　　　　　　　　Menard, Murphy & Walsh LLP
　　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　　24th Floor
　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　Ph.: 617.832.2500
　　　　　　　　　　　　　　　　　　　Fax: 617.371.1037

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Motion for Admission of Attorney Brandon J. Witkow Pro Hac Vice* was filed electronically and served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, on March 21, 2006.

_____
Daniel M. Rabinovitz, Esq.