UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS )<br>AND )<br>MACLYN BURNS )<br> )<br>      Plaintiffs )<br>v. )<br> )<br>WITTEN TECHNOLOGIES, INC. )<br> )<br>      Defendant )<br>_____) | CIVIL ACTION NO. 04-11137-RWZ |

## COUNSEL'S CERTIFICATE OF GOOD STANDING

I, Brandon J. Witkow, am an attorney admitted to the Bar of the states of Georgia and California, and, pursuant to Local Rule 83.5.3, certify that I am in good standing in that which I am a member. I am also admitted to practice before and am in good standing with, the United States District Courts for the Northern District of Georgia, Central District of California, Northern District of California and Eastern District of California. I further certify that there are no disciplinary proceedings pending against me in the Georgia or California Bar which I am a member. I further certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

*[signature on following page]*

DATED this 15th day of March, 2006.

                Respectfully Submitted,

                _____
                Brandon J. Witkow
                Georgia Bar No.: 141976
                LORD, BISSELL & BROOK LLP
                1170 Peachtree Street, N.E.
                Suite 1900
                Atlanta, Georgia 30309
                Telephone: 404.870.4641
                Facsimile: 404.806.5641