UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS and<br>MACLYN BURNS<br><br>    Plaintiffs,<br><br>vs.<br><br>WITTEN TECHNOLOGIES, INC.<br><br>    Defendant. | CIVIL ACTION NO.<br>04-11137-RWZ |

## CONSENT ORDER GRANTING JOINT MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA AND EXTEND DISCOVERY

Counsel for both parties having agreed to the entry of this Order, and the Court finding good cause for same, it is hereby:

ORDERED, that this matter is transferred pursuant to 28 U.S.C. § 1404 to the United States District Court for the Northern District of Georgia; and that the discovery period in this matter is extended by an additional sixty (60) days in order to effect such transfer.

SO ORDERED this 30th day of March 2006.

_____
Judge Rya W. Zobel
United States District Judge