UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS and MACLYN BURNS,<br><br>        Plaintiffs,<br><br>vs.<br><br>WITTEN TECHNOLOGIES, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 04-11137-RWZ<br><br>**NOTICE OF DISAPPEARANCE** |

NOW COMES Skoler, Abbott & Presser, P.C., by Jay M. Presser, Esq., and herewith notices its disappearance as counsel for Defendant Witten Technologies, Inc. in the above action.

                                        Respectfully Submitted,


                                         /s/ Jay M. Presser, Esq.
                                        Jay M. Presser, Esq.
                                        BBO #405760
                                        Counsel for Defendant
                                        Skoler, Abbott & Presser, P.C.
                                        One Monarch Place, Suite 2000
                                        Springfield, Massachusetts  01144
Dated:  April 4, 2006                   Tel.: (413) 737-4753/Fax (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Disappearance* was served upon the attorney of record for each other party by via electronic filing and by first-class, U.S. mail, postage pre-paid, on April 4, 2006.

                                         /s/ Jay M. Presser, Esq.
                                        Jay M. Presser, Esq.