UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS and MACLYN BURNS,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>WITTEN TECHNOLOGIES, INC.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 04-11137-RWZ<br><br>**NOTICE OF DISAPPEARANCE** |

　　　　NOW COMES Skoler, Abbott & Presser, P.C., by Timothy F. Murphy, Esq., and herewith notices its disappearance as counsel for Defendant Witten Technologies, Inc. in the above action.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　/s/ Timothy F. Murphy, Esq._____
　　　　　　　　　　　　　　　　　　Timothy F. Murphy, Esq.
　　　　　　　　　　　　　　　　　　BBO #556429
　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　Skoler, Abbott & Presser, P.C.
　　　　　　　　　　　　　　　　　　One Monarch Place, Suite 2000
　　　　　　　　　　　　　　　　　　Springfield, Massachusetts  01144
Dated:  April 4, 2006　　　　　　　Tel.: (413) 737-4753/Fax (413) 787-1941

　　　　　　　　　　　　CERTIFICATE OF SERVICE

　　I hereby certify that a true and accurate copy of the foregoing *Notice of Disappearance* was served upon the attorney of record for each other party by via electronic filing and by first-class, U.S. mail, postage pre-paid, on April 4, 2006.

　　　　　　　　　　　　　　　　　　　/s/ Timothy F. Murphy, Esq._____
　　　　　　　　　　　　　　　　　　Timothy F. Murphy, Esq.