UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DERUBEIS and<br>MACLYN BURNS,<br><br>              Plaintiffs,<br><br>vs.<br><br>WITTEN TECHNOLOGIES, INC.,<br><br>              Defendants. | CIVIL ACTION NO. 04-11137-RWZ<br><br>**NOTICE OF DISAPPEARANCE** |

       NOW COMES Skoler, Abbott & Presser, P.C., by Amy B. Royal, Esq., and herewith notices its disappearance as counsel for Defendant Witten Technologies, Inc. in the above action.

       Respectfully Submitted,

       /s/ Amy B. Royal, Esq.
       Amy B. Royal, Esq.
       BBO #647175
       Counsel for Defendant
       Skoler, Abbott & Presser, P.C.
       One Monarch Place, Suite 2000
       Springfield, Massachusetts 01144
Dated: April 4, 2006       Tel.: (413) 737-4753/Fax (413) 787-1941

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Notice of Disappearance* was served upon the attorney of record for each other party by via electronic filing and by first-class, U.S. mail, postage pre-paid, on April 4, 2006.

       /s/ Amy B. Royal, Esq.
       Amy B. Royal, Esq.