UNITED STATE DISTRICT COURT
DISTIRCT OF MASSACHUSETTS

|  |  |
|---|---|
| **ANTHONY DERUBEIS &** ) <br> **MACLYN BURNS**, ) <br> ) <br> **Plaintiff**, ) <br> ) <br> v. ) <br> ) <br> **WITTEN TECHNOLOGIES, INC.**, ) <br> **Defendant**. ) <br> ) | CIVIL ACTION <br> 1:04-CV-11137-RWZ |

**MENARD, MURPHY & WALSH LLP'S NOTICE OF ITS**
**WITHDRAWAL OF APPEARANCE ON BEHALF OF PLAINTIFFS**

Pursuant to Local Rule 83.5.2(c), Daniel M. Rabinovitz and the firm of Menard, Murphy & Walsh, LLP hereby withdraws its appearance as counsel for Plaintiffs, Maclyn Burns and Anthony DeRubeis ("Plaintiffs"). In support of its Notice of Withdrawal, Menard, Murphy & Walsh, LLP states:

(1)   This case has been transferred to the Northern District of Georgia.

(2)   Plaintiffs have retained new counsel in this case. New counsel is Paul Kim of Lord Bissell & Brook in Atlanta, Georgia who has filed his appearance on behalf of Plaintiffs.

(3)   There are no substantive motions pending before the Court.

(4)   No trial date has been set in the case.

(5)   There are no hearings or conferences scheduled, and no reports, oral or written are due.

Wherefore, Menard, Murphy & Walsh, LLP respectfully requests that the Court enter and docket its withdrawal of its appearance in this matter.

Respectfully submitted,

Anthony Derubeis and
Maclyn Burns,

By their attorneys,

　　　/s/ Daniel M. Rabinovitz_____
Daniel M. Rabinovitz, BBO No. 558419
Menard, Murphy & Walsh LLP
60 State Street - 34th Floor
Boston, Massachusetts  02109
(617)  832-2500

Dated:  April 13, 2006

### CERTIFICATE OF SERVICE

I, Daniel M. Rabinovitz, hereby certify that on this 13th day of April 2006, I caused a copy of this Notice of Withdraw Of Appearance on behalf of Plaintiffs to be served by first-class mail, postage prepaid, addressed to Erin G. Lewis, Esq. Witten Technologies, Inc., 3638 Overlook Avenue, Macon, Georgia 31204, and served on Maclyn Burns and Anthony DeRubeis via e-mail and first-class mail, and served on successor counsel Paul Kim of Lord, Bissel and Brook in Atlanta Georgia, and filed electronically on April 13, 2006.

　　　　　　　/s/ Daniel M. Rabinovitz　　　
Daniel M. Rabinovitz

G:\B\Burns-DeRubeis\Pleadings\noticeofwithdrawal.doc

Case 1:04-cv-11137-RWZ    Document 30    Filed 04/13/2006    Page 3 of 3